**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**RODNEY GRAYSON**                                                        **PETITIONER**

**V.**                                                        **NO. 1:26-cv-31-JDM-RP**

**MDOC COMMISSIONER BURL CAIN, et al.**                         **RESPONDENTS**

**ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN
*IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE**

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this 28 U.S.C.A. §2254 case.

The court finds that Plaintiff's application for *in forma pauperis* status includes statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress, as well as a certificate of his prison trust account. Plaintiff has not, however, included the certification of his prison trust account. *See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the certified copy in support of his request to proceed *in forma pauperis*. Therefore, it is

**ORDERED:**

That within 21 days Plaintiff is directed to complete the enclosed application, have the facility staff certify their inmate trust account, and mail to the Clerk's Office.

Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court.

THIS the 9th day of April, 2026.

/s/      Roy Percy
UNITED STATES MAGISTRATE JUDGE