**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**RODNEY GRAYSON**                                                                                              **PETITIONER**

**v.**                                                                                            **No. 1:26-cv-00031-JDM-RP**

**MDOC COMMISSIONER BURL CAIN, et al.**                                        **RESPONDENTS**

**ORDER GRANTING PETITIONER'S MOTION
TO PROCEED *IN FORMA PAUPERIS* AND
DIRECTING STATE TO RESPOND**

Rodney Grayson has filed a petition for a writ of *habeas corpus* under 28 U.S.C. §2241 and seeks to proceed *in forma pauperis*.   It is **ORDERED:**

1.   That the petitioner's applications for leave [6] and [8] to proceed *in forma pauperis* is **GRANTED**.

2.   No later than July 27, 2026, the respondent, through Lynn Fitch, the Attorney General of the State of Mississippi, must file an answer to this petition, along with full transcripts of all proceedings in the state courts of Mississippi arising from pending charges against the petitioner in Cause No. CR22-080 in the Circuit Court of Alcorn County, Mississippi (to the extent such transcripts are relevant to the State's response).   If a response to any future motions is required, one will be requested.

3.   Within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

4.   The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant

Attorneys General Jerrolyn Owens and Bridgette Grant.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 28th day of April, 2026.


/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE